IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 118 S

UNITED STATES OF AMERICA )
) Cr. No.
vs. ) In violation of 21 U.S.C.
) §§ 841(a)(1) & (b)(1)(A) (iii) and
) (b)(1)(B)(iii)
)
JORGE L. HENRIQUEZ )

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about August 8, 2006, in the District of Rhode Island, the Defendant, JORGE L. HENRIQUEZ, did knowingly and intentionally possess with intent to distribute and distribute, 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A)(iii).

COUNT II

On or about August 23, 2006, in the District of Rhode Island, the Defendant, JORGE L. HENRIQUEZ, did knowingly and intentionally possess with intent to distribute and distribute, 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B)(iii).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Dated: 11/1/06