AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

V.

Jorge L. Henriques

APPEARANCE

CASE NUMBER: 06.118S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jorge L Henriques

I certify that I am admitted to practice in this court.

11.6.06.
*Date*

[signature]
*Signature*

William C Dimitri — 3129
*Print Name* — *Bar Number*

462 Broadway
*Address*

Prov — RI — 02909
*City* — *State* — *Zip Code*

273.9092 — 331-4898
*Phone Number* — *Fax Number*

...m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.