**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**December 19, 2006 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| CR06-061-S-DLM | USA v. Kent Awer |
| CR06-066-S-DLM | USA v. Richard Ribeiro |
| CR06-091-S-LDA | USA v. Jodie Walsh |
| CR06-106-01-S-LDA | USA v. Derrick Isom |
| CR06-106-02-S-LDA | USA v. Khalid Mason |
| CR06-111-S-DLM | USA v. Manuel Ramon Vargas |
| CR06-115-S-DLM | USA v. Juan Francisco Carrion Castillo |
| CR06-116-S-LDA | USA v. John Kimbrough |
| CR06-118-S-LDA | USA v. Jorge Henriquz |
| CR06-120-S-LDA | USA v. Samuel Ross |
| CR06-130-01-S-LDA | USA v. Jeffra DeJesus |
| CR06-130-02-S-LDA | USA v. Alan DeJesus-Quinones |
| CR06-134-S-DLM | USA v. Ronald Hill |
| CR06-136-S-LDA | USA v. Donnell A. Jenkins |

## CIVIL CASES

| | |
|---|---|
| CA05-73-S-DLM | Anthony J. Ferreira v. City of E. Providence, et al |
| CA05-246-S-DLM | Inventor's Greenhouse v. Hasbro |
| CA05-315-S-LDA | Cathedral Art v. FAF, Inc., et al |
| CA06-352-S-DLM | D'Ambra v. New England Gas |

## NON JURY CASES

| | |
|---|---|
| CA06-113-S-DLM | First Horizon Loan v. Donna Gilmor |
| CA06-140-S-LDA | Omnipoint Holdings v. Town of Johnston, et al |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on January 4, 2007 to be tried in the order listed. The calendar will be called on **December 19, 2006** at **9:00 a.m.** Juries will be empaneled on January 4, 2007 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date:

**Please notify Clerk's Office if any counsel of record have not been notified.**