**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR06-118S**

**JORGE HENRIQUEZ**

**MOTION TO CONTINUE**

NOW COMES the defendant by and through counsel and moves that this Honorable Court vacate the trial date previously set and continue this matter to the February trial calendar.

In support of this motion counsel avers that the parties are based on recent discussions, close to resolving this matter in a manner that would not negate the need for a trial. As such, counsel needs additional time in which to discuss this matter with the defendant.

Additionally, if the plea negotiations fail, counsel will need some additional time in which to file pretrial motions relative to this matter.

Should the court grant this motion the defendant acknowledges that it tolls the speedy trial act and the defendant for purposes of this motion waives any claim under the speedy trial act.

Jorge Henriquez
By his Attorney,
/s/ *William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
273-9092
331-1898 (fax)

CERTIFICATION

I hereby certify that a true copy of this motion was delivered to Richard Rose, A.U.S.A. via email and also by electronic filing on this 16th day of December 2006.

*/s/William C. Dimitri*