UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs CR NO. 06 - 118 S

JORGE Henriquez

REQUEST TO ENTER PLEA OF GUILTY

I Jorge Henriquez request to enter a plea of guilty to the instant indictment which charges me with two counts of delivery of cocaine base.

I understand that by pleading guilty I waive or give up: my right to a Trial, my right to have the government prove me guilty beyond a reasonable doubt, my right to confront and cross examine the prosecution's witnesses, my right to present evidence in my own defense and to testify in my own defense - but only if I chose to do so. I further acknowledge that by pleading guilty I am giving up my right to the presumption of innocence and that I am pleading guilty because I am guilty of the offenses charged.

IT is my desire to plead guilty to the indictment without the benefit of a plea

Jorge Henriquez