agreement. I want to plead open ended in open court and leave sentencing in the hands of the court.

My attorney has advised me against this course of conduct and has advised me that the better course of action would be to plead with the benefit of a plea agreement so that I would get the benefit of the government's recommendation of a third point for acceptance of responsibility and the government's recommendation of the low end of the guidelines.

I request that this court allow me to plead guilty without entering into a plea agreement. I understand that the court has and will retain complete discretion in sentencing me.

Jorge Henriquez 1/9/07