UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | cr. No.: 06-118S |
| | : | |
| JORGE HENRIQUEZ | : | |

**REQUEST TO ENTER PLEA OF GUILTY**

I, JORGE HENRIQUEZ, request to enter a plea of guilty to the instant indictment which charges me with two counts of delivery of cocaine base.

I understand that by pleading guilty I waive or give up: my right to a trial, my right to have the government prove me guilty beyond a reasonable doubt, my right to confront and cross-examine the prosecution's witnesses, my right to present evidence in my own defense and to testify in my own defense – but only if I chose to do so. I further acknowledge that by pleading guilty I am giving up my right to the presumption of innocence and that I am pleading guilty because I am guilty of the offenses charged.

It is my desire to plead guilty to the indictment without the benefit of a plea agreement. I want to plead open ended in open court and leave sentencing in the hands of the court.

I understand that the maximum sentence relative to: Count I is life imprisonment with a ten (10) year minimum mandatory sentence, a $4,000,000.00 fine, eight (8) years supervised release and a mandatory special assessment of $100.00; and to Count II the maximum sentence is forty (40) years imprisonment with a five (5) year mandatory