minimum sentence; a $2,000,000.00 fine, five (5) years of supervised release and a mandatory special assessment of $100.00.

By pleading guilty to these charges I am admitting that the net weight of the cocaine base in Count I was 54.6 grams and in Count II, the net weight was 26.3 grams.

I have also been advised that if I am not a citizen of the United States that I could face deportation, exclusion of admission to the United States and/or denial of naturalization.

No one has made me any promises as to the sentence or sentencing range and I completely understand that sentencing remains within the complete discretion of the judge.

My attorney has advised me against this course of conduct and has advised me that the better course of action would be to plead with the benefit of a plea agreement so that I would get the benefit of the government's recommendation of a third point for acceptance of responsibility and the government's recommendation of the low end of the guidelines.

I request that this court allow me to plead guilty without entering into a plea agreement. I understand that the court has and will retain complete discretion in sentencing me.

WITNESS

Jorge Henriquez
JORGE HENRIQUEZ

DATE: Jan 13, 2007 2007