UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS CR NO. 06-11

JORGE HENRIQUEZ

REQUEST TO ENTER PLEA OF GUILTY

I Jorge Henriquez request to enter a ple guilty to the instant indictment which ch me with two counts of delivery of coc base.

I understand that by pleading guilty I w give up: my right to a trial, my right t have the government prove me guilty bey a reasonable doubt, my right to confront cross examine the prosecution's witnesses, my right to present evidence in my own defen to testify in my own defense - but on I chose to do so. I further ackn that by pleading guilty I am giving up right to the presumption of innocence an I am pleading guilty because I am gu of the offenses charged.

Jorge Henriquez

IT IS my desire to plead guilty to th indictment without the benefit of A

agreement. I want to plead open ended in open court and leave sentencing in the hands of the court.

My attorney has advised me against this course of conduct and has advised me that the better course of action would be to plead with the benefit of a plea agreement so that I would get the benefit of the government's recommendation of a third point for acceptance of responsibility and the government's recommendation of the low end of the guidelines

I request that this court allow me to plead guilty without entering into a plea agreement. I understand that the court has and will retain complete discretion in sentencing me.

Jorge Henriquez 1/9/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **-vs-** | : | **cr. No.: 06-118S** |
| | : | |
| **JORGE HENRIQUEZ** | : | |

**REQUEST TO ENTER PLEA OF GUILTY**

I, JORGE HENRIQUEZ, request to enter a plea of guilty to the instant indictment which charges me with two counts of delivery of cocaine base.

I understand that by pleading guilty I waive or give up: my right to a trial, my right to have the government prove me guilty beyond a reasonable doubt, my right to confront and cross-examine the prosecution's witnesses, my right to present evidence in my own defense and to testify in my own defense – but only if I chose to do so. I further acknowledge that by pleading guilty I am giving up my right to the presumption of innocence and that I am pleading guilty because I am guilty of the offenses charged.

It is my desire to plead guilty to the indictment without the benefit of a plea agreement. I want to plead open ended in open court and leave sentencing in the hands of the court.

I understand that the maximum sentence relative to: Count I is life imprisonment with a ten (10) year minimum mandatory sentence, a $4,000,000.00 fine, eight (8) years supervised release and a mandatory special assessment of $100.00; and to Count II the maximum sentence is forty (40) years imprisonment with a five (5) year mandatory

minimum sentence; a $2,000,000.00 fine, five (5) years of supervised release and a mandatory special assessment of $100.00.

By pleading guilty to these charges I am admitting that the net weight of the cocaine base in Count I was 54.6 grams and in Count II, the net weight was 26.3 grams.

I have also been advised that if I am not a citizen of the United States that I could face deportation, exclusion of admission to the United States and/or denial of naturalization.

No one has made me any promises as to the sentence or sentencing range and I completely understand that sentencing remains within the complete discretion of the judge.

My attorney has advised me against this course of conduct and has advised me that the better course of action would be to plead with the benefit of a plea agreement so that I would get the benefit of the government's recommendation of a third point for acceptance of responsibility and the government's recommendation of the low end of the guidelines.

I request that this court allow me to plead guilty without entering into a plea agreement. I understand that the court has and will retain complete discretion in sentencing me.

WITNESS

Jorge Henriquez
JORGE HENRIQUEZ

DATE: Jan 13, 2007 2007