UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v Criminal No. 06-118-01S

JORGE HENRIQUEZ

**CERTIFICATION OF DEFENDANT'S MEDICATION**

**DIRECTIONS: Counsel should complete and sign either Part 1 or Part 2, as appropriate.**

PART 1

As counsel for the defendant Jorge Henriquez, I hereby certify that I have conferred with my client and he or she has advised me that **is not taking** any form of medication.

Date: January 20, 2007 /s/ *William C. Dimitri*
Attorney Signature

---------------------------------------------------------------------------------------------------------------------

PART 2

As counsel for the defendant I hereby certify that I have conferred with my client and determined that he or she **is taking** the following medication(s) in the indicated dosages:

| Medication | Dosage |
| --- | --- |
| ____________________________ | ________________ |
| ____________________________ | ________________ |
| ____________________________ | ________________ |

Furthermore, I certify that I have conferred with _______________________________________defendant's physician, who has stated that the above medication(s), when taken in the dosage(s) indicated, do not impair the defendant's ability to understand the nature of the charges against him/her, the terms of the Plea Agreement between the defendant and the government, or the consequences of pleading guilty to those charges.

____________________ ___________________________________
Date Attorney Signature