**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **-vs-** | : | **CR. No.: 06-118 S** |
| | : | |
| **JORGE HENRIQUEZ** | : | |

**DEFENDANT'S MOTION FOR VARIANCE FROM SENTENCING GUIDELINES**

NOW COMES the defendant, JORGE HENRIQUEZ, and moves this Honorable Court for a variance and/or departure from the sentencing guidelines.

In support of this motion the defendant attaches a Memorandum hereto.

JORGE HENRIQUEZ
By his attorney,

/s/ *William C. Dimitri*
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I hereby certify that on the 13th day of April, 2007, I served a true copy of this motion via electronic filing to Zechariah Chafee, AUSA, and a copy to Kristin Mattias, United States Probation, via regular mail.

*/s/ William C. Dimitri*