AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Jorge Henriquez

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-118S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zechariah Chafee | William C. Dimitri |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 11, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/11/07 | | | W-1 Jamie Schiffer |
| 1 | | | | FULL | DVD dated 8/23/06 |
| 2 | | | | FULL | DVD dated 8/23/06 |
| | A | | | FULL | DVD dated 8/23/06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.