UNITED STATES OF AMERICA
Plaintiff

VS: CR06-118S

JORGE HENRIQUEZ
Defendant

EXHIBIT RECEIPT

Defendant's exhibit __A__

______________________
Attorney

______________________
Deputy clerk
8/9/07