UNITED STATES OF AMERICA
Plaintiff

VS: CR06-118S

JORGE HENRIQUEZ
Defendant

EXHIBIT RECEIPT

Plaintiff's exhibits 1 & 2

~~Attorney~~

Deputy clerk